UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: _____

ALBA FRANCO,

    Plaintiff,

v.

DABRY CLEANERS CORP.[1],
ZANMY MINI MARKET CORP.[2],
DANIEL ESTRADA, individually,
SAMARIA ESTRADA, individually,
CAROL LAKE, LLC, and
CAROLINA P. CARLETTI, individually,

    Defendants.
_____/

## **NOTICE OF REMOVAL**

Defendants, DABRY CLEANERS CORP (hereinafter "Dabry Cleaners"), ZANMY MINI MARKET CORP (hereinafter "Zanmy Mini Market"), DANIEL ESTRADA (hereinafter "Defendant E. Estrada"), individually, and SAMARIA ESTRADA (hereinafter "Defendant S. Estrada"), individually, (hereinafter collectively "Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1441(a), file this Notice of Removal of this cause from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida and allege as follows:

---

[1] The name of the corporation is DABRY CLEANERS CORP (without a period).
[2] The name of the corporation is ZANMY MINI MARKET CORP (without a period).

1. Defendants are named in a civil action brought in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida captioned *ALBA FRANCO vs. DABRY CLEANERS CORP., ZANMY MINI MARKET CORP., DANIEL ESTRADA, individually, SAMARIA ESTRADA, individually, CAROL LAKE, LLC, and CAROLINA P. CARLETTI, individually,* Case No.: 2017-010024 CA 01. *See* Exhibit A.

2. Plaintiff served Dabry Cleaners and Defendant E. Estrada with a copy of the Summons and Complaint on May 9, 2017. *See* Exhibit B. Accordingly, this Notice of Removal is timely filed within thirty (30) days after the date of receipt of summons and a copy of the initial pleading setting the claim for relief upon which this action is based. See 28 U.S.C. § 1446(b); *Murphy Brothers, Inc., v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 354 (1999)(holding that thirty day time period under removal statute begins to run from the date of formal service). Pursuant to Fed.R.Civ.P.81(c) Defendants will file their responsive pleadings to Plaintiff's Complaint within seven days after the filing of this Notice of Removal.

3. Plaintiff has filed a six-count Complaint against Defendants DABRY CLEANERS CORP., ZANMY MINI MARKET CORP., DANIEL ESTRADA, SAMARIA ESTRADA, CAROL LAKE, LLC, and CAROLINA P. CARLETTI. *See* Exhibit A. In Count I Plaintiff alleges a claim for unpaid overtime against Dabry Cleaners pursuant to the Fair Labor Standards Act ("FLSA"). *See* Exhibit A. In Count II Plaintiff alleges a claim for unpaid overtime against Zanmy Mini Market pursuant to the Fair Labor Standards Act ("FLSA"). *See* Exhibit A. Plaintiff alleges a violation of the FLSA against Defendant D. Estrada in Count III of the Complaint. *See* Exhibit A. Plaintiff alleges a violation of the FLSA against Defendant S. Estrada in Count IV of the Complaint. *See* Exhibit A. In Count IV Plaintiff alleges a claim for

unpaid overtime against Defendant Carol Lake, LLC pursuant to the Fair Labor Standards Act ("FLSA"). *See* Exhibit A. Plaintiff alleges a violation of the FLSA against Defendant Carolina P. Carletti in Count VI of the Complaint. *See* Exhibit A.

4. Plaintiff's Complaint asserts claims brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, et. seq. *See* Exhibit A. This Court has original subject matter jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. §1331[3]. *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 694 (2003)[explaining that district courts have original jurisdiction over FLSA claims pursuant to §1331 and §1337(a)].

5. The United States District Court for the Southern District of Florida embraces the county in which the state court action is now pending and, therefore, this Court is a proper venue for this action pursuant to 28 U.S.C. § 105(a)(1).

6. The court records show that Defendant Carol Lake, LLC was served on May 2, 2017. *See* Exhibit C. There is no record of service for individually named Defendant, Carolina P. Carletti. Defendant, Carol Lake, LLC has not filed an appearance or a responsive pleading to the Complaint. Therefore, Defendants have not been able to contact Defendant Carol Lake, LLC to discuss with Defendant Carol Lake, LLC or Defendant Carolina P. Carletti their position regarding this Notice of Removal.

7. As required by 28 U.S.C. § 1446(d), a Notice to State Court of Removal, along with a copy of this Notice of Removal, will be promptly filed in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and served upon counsel. A copy of the Notice to State Court of Removal is attached as Exhibit D.

---

[3] The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States.

WHEREFORE, Defendants respectfully request that this matter be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

DATED this 26th day of May 2017.

Respectfully submitted,

*Ena T. Diaz*

Ena T. Diaz
Fla. Bar No. 0090999
ENA T. DIAZ, P.A.
*Attorney for Defendants, Dabry Cleaners Corp, Zanmy Mini Market Corp, Daniel Estrada, and Samaria Estrada*
999 Ponce De Leon Blvd. – Ste 720
Coral Gables, FL 33134
Tel.: (305) 377-8828
Fax: (305) 356-1311
ediaz@enadiazlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Notice of Removal was electronically filed with the Clerk of Court by using the CM/ECF system and was served via e-mail on counsel for Plaintiff, J. Freddy Perera, Esquire (freddy@pereralaw.com), Perera Law Group, P.A., 12555 Orange Drive, Suite 268, Davie, Florida 33330, on this 26th day of May 2017.

I HEREBY ALSO CERTIFY that a true and correct copy of the Notice of Removal was served via U.S. Mail to Defendant, Carol Lake, LLC, c/o Camero & Company, CPA, 200 South Biscayne Boulevard, Suite 2790, Miami, Florida 33131, on this 26th day of May 2017.

*Ena T. Diaz*
ENA T. DIAZ